**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LARSON'S INSURANCE SOLUTIONS
AGENCY, INC., a Michigan corporation,
and INSUREPLEX MARKET SOLUTIONS,
INC., a Michigan corporation,

        Plaintiffs/Counter-Defendants,      Case No. 11-CV-15486
                                                          Honorable Denise Page Hood

v.

HARTFORD FINANCIAL SERVICES GROUP,
INC., a Connecticut corporation,

        Defendant/Counter-Plaintiff.
_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT/COUNTER-PLAINTIFF**
**HARTFORD FINANCIAL SERVICES GROUP, INC.'S MOTION FOR SANCTIONS**

      Now before the Court is Defendant/Counter-Plaintiff Hartford Financial Services Group, Inc.'s Motion for Sanctions, filed October 14, 2012. After the Court heard this matter, Defendant filed three successive motions to compel and for sanctions against Plaintiffs/Counter-Defendants Larson's Insurance Solutions Agency, Inc. and Insureplex Market Solutions, Inc. regarding various failures to comply with discovery. The most recent motion to compel and for sanctions is currently before Magistrate Judge David R. Grand. Given the relief requested and in the interests of judicial economy, Defendant/Counter-Plaintiff's Motion for Sanctions [Docket No. 27, filed October 4, 2012] is DENIED WITHOUT PREJUDICE.

                                               S/Denise Page Hood
                                               Denise Page Hood
                                               United States District Judge

Dated: July 9, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 9, 2013, by electronic and/or ordinary mail.

                          S/LaShawn R. Saulsberry
                          Case Manager